IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| QUINTERIUS LARTREEZE SMITH, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:16-cv-246-ALB |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## **ORDER**

On August 2, 2019, the Magistrate Judge filed a Recommendation (Doc. 32) to which timely objections have been filed. (Doc. 33). After an independent and *de novo* review of the record, the Recommendation, and the objections filed to the Recommendation, this Court concludes that Petitioner's objections should be overruled and the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 32) be and is hereby ADOPTED;

2. Petitioner Quinterius Lartreeze Smith's objections (Doc. 33) are hereby OVERRULED.

3. Petitioner Quinterius Lartreeze Smith's 28 U.S.C. § 2255 motion is DENIED and this case DISMISSED with prejudice.

**DONE** and **ORDERED** this 3rd day of March 2020.

                                        /s/ Andrew L. Brasher
                              ANDREW L. BRASHER
                              UNITED STATES DISTRICT JUDGE